**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| ASHLEY R. STRAZZULLO, <br><br>              Plaintiff, <br><br>      v. <br><br> DRAEGER, INC., <br><br>              Defendant. | Civil Action No.  2:20-cv-00556-RGD-LRL |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel of record, that the above-identified action be and hereby is dismissed WITH PREJUDICE in its entirety.  Each party shall bear its own attorneys' fees and costs in connection with the action.

Dated: April 19, 2021                              Respectfully submitted,

*/s/    Todd Gaynor*                                      */s/ Joon Hwang*
Todd M. Gaynor, Esq.                              Joon Hwang, Bar No. 82248
Virginia Bar No. 47742                            jhwang@littler.com
GAYNOR LAW CENTER, P.C.                LITTLER MENDELSON, P.C.
440 Monticello Avenue, Suite 1800        1650 Tysons Blvd.
Norfolk, Virginia 23510                           Suite 700
PH: (757) 828-3739                                  Tysons Corner, VA  22102
FX: (757) 257-3674                                  Telephone:       703.442.8425
EM: tgaynor@gaynorlawcenter.com       Facsimile:        703.373.2628

*Counsel for Plaintiff Ashley Strazzullo*        *Counsel for Defendant Dräger, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 19th day of April 2021, I caused the foregoing Stipulation of Dismissal with Prejudice to be served through the Court's Electronic Case Filing (ECF) system on the following counsel of record:

>Joon Hwang, Bar No. 82248
>jhwang@littler.com
>LITTLER MENDELSON, P.C.
>1650 Tysons Blvd.
>Suite 700
>Tysons Corner, VA 22102
>Telephone:    703.442.8425
>Facsimile:    703.373.2628
>
>*Counsel for Defendant Dräger, Inc.*

                                           __/s/ Todd Gaynor_____
                                           Todd M. Gaynor, Esq.